No. 64749.—Instrumentation Associates, Inc. *v.* United States, protests 60/4037 and 60/4038 (New York).

Opinion by LAWRENCE, J.   An examination of the official papers substantiating the allegation and following Abstract 54925, the protests were dismissed.

No. 64750.—Waldburger & Co., Inc. *v.* United States, protests 281787–K, etc. (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

No. 64751.—Waldburger & Co., Inc. *v.* United States, protests 292170–K, etc. (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

No. 64752.—Lacy Falk *v.* United States, protests 60/14888 and 60/9501 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 64753.—Arthur J. Humphreys *v.* United States, protests 58/10105 and 58/10106 (Seattle).